IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIDEY BLISS MAXWELL, ]<br>]<br>Plaintiff, ]<br>]<br>v. ]<br>]<br>ELI LILLY AND COMPANY, ]<br>]<br>Defendants. ] | Civil Action No.: 05-cv-1174 (JDB)<br>Next Event: Initial Scheduling Conference<br>on September 26, 2005 at 9:30 a.m. |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6, the counsel named below hereby enters his appearance as counsel for defendant Eli Lilly and Company in this action.

    /s/ Jonas Monast
Jonas Monast, DC Bar No. 479873
FOLEY HOAG LLP
1875 K Street, NW
Suite 800
Washington, DC 20006
(202) 223-1200

Dated:  September 26, 2005