UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIDEY B. MAXWELL<br><br>    Plaintiff,<br><br>        v.<br><br>ELI LILLY AND COMPANY<br><br>    Defendant. | Civil Action No.  05-1174 (JDB) |

## SCHEDULING ORDER

Pursuant to the conference with the Court held on this date, and upon consideration of the parties' Joint Rule 16.3 Report and proposed scheduling order, it is hereby **ORDERED** that:

1. The parties shall serve discovery requests by not later than December 27, 2005.

2. Plaintiff shall designate any experts and provide expert reports pursuant to Rule 26(a)(2) by not later than January 26, 2006.

3. Defendant shall designate any experts and provide expert reports pursuant to Rule 26(a)(2) by not later than February 27, 2006.

4. The parties shall complete all discovery by not later than April 28, 2006, and depositions of experts may continue until the close of discovery.

5. Initial disclosures required by Rule 26(a)(1) are waived.

6. The parties shall appear for a status conference with the Court at 9:00 a.m. on April 28, 2006.

7. The parties shall file any dispositive motions by not later than May 30, 2006. Briefs in opposition to such motions are due by June 12, 2006.  Replies, if any, are due by June 19, 2006.

*So ordered.*

                    /s/ John D. Bates
                    JOHN D. BATES
                United States District Judge

Dated:  September 26, 2005

Copies to:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC  20036
Email: aaronlevinelaw@aol.com

Brandon J. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC  20036
Email: levbran@aol.com

Renee Lynne Robinson-Meyer
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC  20036
Email: aaronlevinelaw@aol.com

Steven Jay Lewis
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC  20036
Email: slewis@aaronlevinelaw.com

    *Counsel for plaintiff*


Lawrence Hedrick Martin
FOLEY HOAG LLP
1875 K Street, NW
Washington, DC  20006
Email: lmartin@foleyhoag.com

    *Counsel for defendant*