UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIDEY BLISS MAXWELL,

        Plaintiff,

    v.

ELI LILLY AND COMPANY,

        Defendant.

CIVIL ACTION No. 05-CV-01174 (JDB)

Next Event: Status Conference -- 4/28/06

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant Eli Lilly and Company's Consent Motion to Transfer pursuant to 28 U.S.C. § 1404(a), it is this _____ day of _____, 2005,

ORDERED that Defendants' Consent Motion is hereby granted;  and it is

FURTHER ORDERED that the case be transferred to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a).

_____  
Date

_____  
Hon. John D. Bates  
U.S. District Court Judge

B3131012.1