UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIDEY B. MAXWELL**<br><br>Plaintiff,<br><br>v.<br><br>**ELI LILLY AND COMPANY**<br><br>Defendant. | Civil Action No.  05-1174 (JDB) |

### ORDER

Upon consideration of defendant's consent motion to transfer this matter, pursuant to 28 U.S.C. § 1404(a), it is this <u>6th</u> day of <u>December</u>, 2005, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall transfer the case forthwith to the United States District Court for the District of Massachusetts.

                    /s/ John D. Bates              
                    JOHN D. BATES
                    United States District Judge

Copies to:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC  20036
Email: aaronlevinelaw@aol.com

Brandon J. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC  20036
Email: levbran@aol.com

Renee Lynne Robinson-Meyer
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC  20036
Email: aaronlevinelaw@aol.com

Steven Jay Lewis
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC  20036
Email: slewis@aaronlevinelaw.com

*Counsel for plaintiff*


Lawrence Hedrick Martin
FOLEY HOAG LLP
1875 K Street, NW
Washington, DC  20006
Email: lmartin@foleyhoag.com

*Counsel for defendant*